# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00053-SKO |
|---|---|
| Plaintiff, | ORDER AMENDING ORDER SETTING CONDITIONS OF RELEASE |
| v. | (ECF Nos. 8, 9) |
| SENGKHAM KOULAVONGSA, | |
| Defendant. | |

On April 27, 2017, an order issued setting conditions of release and Defendant was to be released to the custody of Westcare on May 4, 2017. (ECF No. 9.) The order setting the conditions of released stated that Plaintiff was to be released after processing. (ECF No. 8.) Accordingly, the order setting conditions of release is HEREBY AMENDED to correct an error as to the release date. Defendant Sengkham Koulavongsa's release is delayed until May 4, 2017, or until he is picked up by a representative of Westcare.

IT IS SO ORDERED.

Dated: **May 1, 2017**

UNITED STATES MAGISTRATE JUDGE

1